| | |
|---|---|
| 1 | STEVEN M. GARBER (SBN 156153) |
| 2 | TOD ANTHONY DITOMMASO (SBN 130564)<br>STEVEN M. GARBER & ASSOCIATES |
| 3 | A PROFESSIONAL CORPORATION<br>1901 AVENUE OF THE STARS, SUITE 1100 |
| 4 | LOS ANGELES, CALIFORNIA 90067<br>Phone: (323) 777-8000 |
| 5 | Fax: (323) 777-3000 |
| 6 | Attorneys for Plaintiff,<br>SHOES WEST, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOES WEST, INC.,<br>a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHTON COLLECTIBLES, INC.,<br>a Delaware Corporation,<br><br>Defendant. | Case No.: CV 07-3313-GPS(JCx)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Pretrial Conference:  April 14, 2008<br>Trial Date:             May 13, 2008 |

IT IS HEREBY STIPULATED, by and between Plaintiff SHOES WEST, INC., and Defendant BRIGHTON COLLECTIBLES, INC., through their undersigned counsel, that the above-captioned action, including all claims and affirmative defenses, be dismissed without prejudice pursuant to *Federal Rules of Civil Procedure* §41(a)(1)(ii).

Each Party will bear its own costs and attorneys' fees in this litigation.

1

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

1  SO STIPULATED:
2  DATED: February 7, 2008         STEVEN M. GARBER & ASSOCIATES
                                   A PROFESSIONAL CORPORATION
3
4
5                                  By: _____
                                   TOD ANTHONY DITOMMASO,
6                                  Attorneys for Shoes West, Inc.

7  DATED: February 7, 2008         LAW OFFICES OF GARY FREEDMAN and
                                   SUSSMAN SHANK LLP
8
9
10
                                   By: _____
11                                 JOHN A. SCHWIMMER,
                                   Attorneys for Brighton Collectibles, Inc.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Upon consideration of the Joint Stipulation of Dismissal without Prejudice, and good cause appearing, the Stipulation is hereby GRANTED.

IT IS HEREBY ORDERED:

The above-captioned action is dismissed without prejudice, each side to bear its own costs and attorneys' fees.

DATED: February __, 2008

                                                              _____
                                                              HONORABLE GEORGE P. SCHIAVELLI
                                                              United States District Judge