1 STEVEN M. GARBER (SBN 156153)
TOD ANTHONY DITOMMASO (SBN 130564)     JS-6
2 STEVEN M. GARBER & ASSOCIATES
A PROFESSIONAL CORPORATION
3 1901 AVENUE OF THE STARS, SUITE 1100
LOS ANGELES, CALIFORNIA 90067
4 Phone: (323) 777-8000
Fax: (323) 777-3000
5
Attorneys for Plaintiff,
6 SHOES WEST, INC.

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 SHOES WEST, INC., )   Case No.: CV 07-3313-GPS(JCx)
a California Corporation, )
12 ) **STIPULATION OF DISMISSAL**
) **WITHOUT PREJUDICE**
13         Plaintiff, )
)
14   vs. )
)
15 BRIGHTON COLLECTIBLES, INC., )
a Delaware Corporation, )
16 )
)
17         Defendant. )   Pretrial Conference:   April 14, 2008
)   Trial Date:             May 13, 2008
18

19

20

21

22

23     IT IS HEREBY STIPULATED, by and between Plaintiff SHOES WEST, INC.,

24 and Defendant BRIGHTON COLLECTIBLES, INC., through their undersigned

25 counsel, that the above-captioned action, including all claims and affirmative

26 defenses, be dismissed without prejudice pursuant to *Federal Rules of Civil Procedure*

27 §41(a)(1)(ii).

28     Each Party will bear its own costs and attorneys' fees in this litigation.

1

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

1  SO STIPULATED:

2  DATED: February __, 2008                STEVEN M. GARBER & ASSOCIATES
                                            A PROFESSIONAL CORPORATION
3
4
5                                           By: _____
                                            TOD ANTHONY DITOMMASO,
6                                           Attorneys for Shoes West, Inc.

7  DATED: February __, 2008                LAW OFFICES OF GARY FREEDMAN and
                                            SUSSMAN SHANK LLP
8
9
10
                                            By: _____
11                                          JOHN A. SCHWIMMER,
                                            Attorneys for Brighton Collectibles, Inc.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

<u>ORDER</u>

Upon consideration of the Joint Stipulation of Dismissal without Prejudice, and good cause appearing, the Stipulation is hereby GRANTED.

IT IS HEREBY ORDERED:

The above-captioned action is dismissed without prejudice, each side to bear its own costs and attorneys' fees.

DATED: February _7_, 2008

GEORGE P. SCHIAVELLI
_____
HONORABLE GEORGE P. SCHIAVELLI
United States District Judge